**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

**CASE NO. 2:17-cv-00665-UA-MRM**

| | |
|---|---|
| **RUTH MCCOWN,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**CAPITAL PAWN II OF FLORIDA, LLC**<br>a limited liability company,<br><br>*Defendant*. | **CLASS ACTION COMPLAINT**<br><br>**DEMAND FOR JURY TRIAL** |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Ruth McCown and Defendant Capital Pawn II of Florida, LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action as follows:  All claims of the Plaintiff and the putative class members are hereby dismissed without prejudice, with each party to bear their own attorney's fees and costs.

Date: July 25, 2018

Respectfully submitted,

| **HIRALDO P.A.** | **NELSON MULLINS RILEY & SCARBOROUGH LLP** |
|---|---|
| */s/ Manuel S. Hiraldo* | */s/ Frank Morreale* |
| Manuel S. Hiraldo | Frank Morreale (FL Bar No. 32599) |
| Florida Bar No. 030380 | 50 North Laura Street, Suite 4100 |
| 401 E. Las Olas Boulevard | Jacksonville, FL 32202 |
| Suite 1400 | (904) 665-3600 |
| Ft. Lauderdale, Florida 33301 | frank.morreale@nelsonmullins.com |
| mhiraldo@hiraldolaw.com | |
| Telephone: 954.400.4713 | D. Larry Kristinik, III *(Admitted Pro Hac Vice)* |
| | Nelson Mullins Riley & Scarborough LLP |
| *Counsel for Plaintiffs and the Putative Class* | 1320 Main Street, 17th Floor |
| | Columbia, SC 29201 |
| | (803) 255-9531 |
| | larry.kristinik@nelsonmullins.com |
| | |
| | *Counsel for Defendant* |

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on July 25, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

                                              By: */s/ Manuel S. Hiraldo*
                                              Manuel S. Hiraldo, Esq.
                                              HIRALDO P.A.
                                              401 E. Las Olas Boulevard
                                              Suite 1400
                                              Ft. Lauderdale, Florida 33301
                                              Florida Bar No. 030380
                                              mhiraldo@hiraldolaw.com
                                              Telephone: 954.400.4713

~#4829-7628-4782~