UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

RUTH MCCOWN, individually and on behalf of all others similarly situated,

    Plaintiff,

v.                                Case No:   2:17-cv-665-FtM-99MRM

CAPITAL PAWN II OF FLORIDA, a limited liability company,

    Defendant.

_____

**ORDER**

This matter comes before the Court on the parties' Stipulation of Dismissal Without Prejudice (Doc. #33) filed on July 25, 2018. The parties have agreed to the dismissal of this case in its entirety, and a case is deemed dismissed upon the filing of such a stipulation. Anago Franchising, Inc. v. Shaz, LLC, 677 F.3d 1272 (11th Cir. 2012).

Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Clerk is directed to terminate all previously scheduled deadlines and pending motions and close the case pursuant to the parties' stipulation.

**DONE and ORDERED** at Fort Myers, Florida, this __25th__ day of July, 2018.

*/s/ John E. Steele*
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:   Counsel of Record