UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

RUTH MCCOWN, individually and on behalf of all others similarly situated,

    Plaintiff,

v.                           Case No: 2:17-cv-665-FtM-29MRM

CAPITAL PAWN II OF FLORIDA, a limited liability company,

    Defendant.

_____

**ORDER**

This matter comes before the Court on the parties' Stipulation of Dismissal With Prejudice (Doc. #36) filed on June 17, 2019. The parties have agreed to the dismissal of this case in its entirety, and a case is deemed dismissed upon the filing of such a stipulation. Anago Franchising, Inc. v. Shaz, LLC, 677 F.3d 1272 (11th Cir. 2012).

Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Clerk is directed to terminate all previously scheduled deadlines and pending motions and close the case pursuant to the parties' stipulation.

**DONE and ORDERED** at Fort Myers, Florida, this __18th__ day of June, 2019.

*/s/ John E. Steele*
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record